**Larry Michael FERGUSON, Plaintiff—Appellant,**

v.

**Angelia PINKNEY, Captain and Disciplinary Hearing Officer (DHO) at Lee Correctional Institution; Ann Hughes, Director of Program Services; Calvin Anthony, Warden of Lee Correctional Institution; Jonathan E. Ozmint, Director of South Carolina Department of Corrections, Defendants—Appellants.**

No. 05–7176.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 1, 2006.

Larry Michael Ferguson, Appellant Pro Se. Edgar Lloyd Willcox, II, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Larry M. Ferguson appeals several of the district court's orders filed in his 42 U.S.C. § 1983 (2000) action. Ferguson argues that the court erred in denying his motion to compel discovery and motion to reconsider the denial of the order, petition for mandamus, and motion for reconsideration of the denial of the petition, and motion for disqualification of Magistrate Judge Marchant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ferguson v. Pinkney,* No. CA–04–1248–0 (D.S.C. filed Aug. 26 & entered Aug. 27, 2004, filed Oct. 22 & entered Oct. 26, 2004, filed Dec. 16 & entered Dec. 17, 2004, June 6, 2005, July 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED*